UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OVERNIGHT BLOWOUT LLC; YESENIA HIPOLITO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YIWU LANDU ACCESSORIES LLC; JIAMAIWEN; STARSHARDS; XHH BEAUTY MAKEUP; YIWU YAOXIN BEAUTY TOOLS CO., LTD. d/b/a YWXINGYA; XIAMEN AUDUOLAMENG TRADING CO, LTD. d/b/a AGGRAD; DMKKXFTXLY SHOP; SHENZHEN KEXIN ELECTRONIC DEVELOPMENT CO., LTD. d/b/a GOOSEBERRY LI; YIWU MENGYAN JEWELRY CO., LTD. d/b/a MY HAIR ACCESSORIES; YIWU LUYA E-COMMERCE FIRM d/b/a SLOWING BEAUTY; HANGZHOU DUBEN TRADING CO., LTD. d/b/a BKSDUEH; CHESK LLC; SICHUAN ZHONGYI ZHIDA TECHNOLOGY CO., LTD. d/b/a DYANG STORE; HANGZHOU YANZHENG TRADING CO., LTD. d/b/a ECHOMART; ZHENGZHOU LANGHUAN TRADING CO., LTD. d/b/a JXZS; SHIPTIG INC. d/b/a SHIPTIG,<br><br>　　　　Defendants. | Case No. 1:25-cv-3318 (JPO) |

## ORDER TO UNSEAL

THIS CAUSE came before the Court upon Plaintiff's Motion to Unseal ("Motion"). Having carefully reviewed the record, the Court hereby

**ORDERS AND ADJUDGES** that the Motion is **GRANTED**. The Clerk is directed to unseal all docket entries in this case and return those portions of the file to the public records.

**DONE AND ORDERED** in Chambers in New York, New York, this **16th day of May, 2025**.

_____
J. PAUL OETKEN
United States District Judge